1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# SOUTHERN DISTRICT OF CALIFORNIA

10

11

JAMIE CONNELY ,

CASE NO. 06cv2330-JM (WMc)

12

Plaintiff,

ORDER

vs.

13

CAPITAL ONE FINANCIAL
CORPORATION, et al.,

14

15

Defendant.

16
17
18
19
20
21

        A telephonic status was held September 11, 2007, in the above captioned case.

Participating were John Stennett, Esq.(counsel for plaintiff) and Carmen Cole, Esq.(counsel for

defendant).   After being advised by counsel of the status of the case, the Court will set a further

telephonic status regarding settlement on **September 27, 2007, 9:00 a.m.** ***Counsel for defendant***

***is instructed to arrange the call***.

        **IT IS SO ORDERED.**

22

**DATED: September 11, 2007**

23
24

_____

25

**Hon. William McCurine, Jr.**
**U.S. Magistrate Judge**
**United States District Court**

26
27

cc: Honorable Jeffrey Miller
    U.S. District Court

28

All Counsel and Parties of Record